In the Matter of FRANK KENNEDY, Appellant, against ERNEST F. EILERT et al., Constituting the Board of Elections of the County of Westchester, et al., Respondents.

Argued October 23, 1941; decided October 24, 1941.

*Hannibal M. Fiore* and *Edward M. Acton* for appellants.

*William A. Davidson, County Attorney,* for Board of Elections, respondent.

*Walter W. Westall* for Harold W. Davis et al., respondents.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.